Submitted on record and briefs August 4, reversed and remanded August 30, 2000

In the Matter of Lori Agada,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

LORI AGADA,
aka Lori Agcar,
*Appellant.*

(9811-71081; CA A104554)

9 P3d 748

Susan D. Isaacs filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and David F. Coursen, Assistant Attorney General, filed the brief for respondent.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

Reversed and remanded. *State v. Grellert,* 144 Or App 201, 925 P2d 161 (1996).